Waukeen Q. McCoy, Esq. SBN. 168228
Aldon L. Bolanos, Esq. SBN. 233915
LAW OFFICES OF WAUKEEN Q. McCOY
The Central Tower
703 Market Street, Suite 1407
San Francisco, CA 94103
Phone: 415.675-7705
Fax:    415.675.2530

Attorneys for Plaintiff
Robert Booker

John D. McLachlan (State Bar No. 102436)
Stacey A. Zartler (State Bar No. 160859)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Phone: (415) 490-9000
Fax:    (415) 490-9001

Attorneys for Defendants
ConocoPhillips, Harlan Graf,
Luther Nolan, and Tom Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOOKER, an individual,<br><br>               Plaintiff,<br><br>   vs.<br><br>CONOCOPHILLIPS COMPANY, a Delaware corporation, HARLAN GRAFF, an individual, LUTHER NOLAN, an individual, TOM MILLER, an individual, and DOES 1-10,<br><br>               Defendants. | Civil Action No. C 07-0384 CW<br><br>**JOINT REQUEST FOR COURT-APPOINTED MEDIATOR AND EXTENSION OF MEDIATION DEADLINE AND ~~PROPOSED~~ ORDER** |

       Being unable to agree upon a private mediator, the parties respectfully request that the

Court appoint a mediator in this case and that the mediation deadline be extended one month

from the current deadline of September 1, 2007 to September 30, 2007.

The parties have diligently engaged in preliminary discovery by completing the depositions of two of the three primary witnesses in the case. Document discovery is also well underway and the parties are working to resolve disputes. Unfortunately, the parties have both proposed mediators and met and conferred several times on the issue and remain at *impasse*. Accordingly, the parties now request that the Court appoint a mediator and that the mediation deadline be extended from September 1, 2007 to September 30, 2007.

DATED: August __, 2007                    LAW OFFICES OF WAUKEEN Q. McCOY

                                          By:_____/s/_____
                                                 Waukeen Q. McCoy
                                                 Attorneys for Plaintiff
                                                 Robert Booker

DATED:  August 8, 2007                    FISHER & PHILLIPS LLP

                                          By:_____
                                                 Stacey A. Zartler
                                                 Attorneys for Defendants
                                                 ConocoPhillips Company, Harlan Graf,
                                                 Luther Nolan, and Tom Miller

1

ORDER

2      Having read the joint request and good cause appearing therefore, IT IS HEREBY

3  ORDERED THAT THIS MATTER IS REFERRED TO MEDIATION THROUGH THE

4  COURT'S ADR PROCESS, AND A MEDIATOR TO BE APPOINTED THROUGH THE

5  COURT   IT IS ALSO ORDERED THAT THE MEDIATION DEADLINE BE EXTENDED

6  FROM SEPTEMBER 1, 2007 TO SEPTEMBER 30, 2007.

7

8      8/9/07



_____

9                                    THE HONORABLE CLAUDIA WILKEN

10                                   Judge of the United States District Court for the
                                     Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                       **CERTIFICATE OF SERVICE**

2         I, the undersigned, am employed in the County of San Francisco, State of California.  I

3 am over the age of 18 and not a party to the within action.  I am employed with the law offices of Fisher & Phillips LLP.  My business address is  One Embarcadero Center, Suite 2340, San

4 Francisco, CA  94111-3712.

5         On this date, I served the foregoing **JOINT REQUEST FOR COURT-APPOINTED MEDIATOR AND EXTENSION OF MEDIATION DEADLINE AND PROPOSED**

6 **ORDER** on the following parties in this action by placing a true copy thereof enclosed in a

7 sealed envelope addressed as follows:

8

     Waukeen Q. McCoy                           Plaintiff's Attorneys

9      Law Offices of Waukeen Q. McCoy

     703 Market Street, Suite 1407

10     San Francisco, CA  94103

11     Telephone:  (415) 675-7705

12     Facsimile:  (415) 675-2530

13         I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

14

15         Executed on August 8, 2007, at San Francisco, California.

16

17

18                         Judy Keenan

19

20

21

22

23

24

25

26

27

28