```
1   Waukeen Q. McCoy (State Bar No. 168228)
    Aldon L. Bolanos (State Bar No. 233915)
2   Spencer Smith (State Bar No. 102436)
    LAW OFFICES OF WAUKEEN Q. McCOY
3   703 Market Street, Suite 1407
    San Francisco, CA 94103
4   Telephone: (415) 675-7705
    Facsimile:  (415) 675-2530
5
    Attorneys for Plaintiff
6   Robert Booker

7   John D. McLachlan (State Bar No. 102436)
    Stacey A. Zartler (State Bar No. 160859)
8   FISHER & PHILLIPS LLP
    One Embarcadero Center, Suite 2340
9   San Francisco, CA 94111-3712
    Phone: (415) 490-9000
10  Fax:    (415) 490-9001

11  Attorneys for Defendants
    ConocoPhillips, Harlan Graf,
12  Luther Nolan, and Tom Miller

13

14
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOOKER, an individual, | Civil Action No. C 07-0384 CW |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO CONDUCT THE MEDIATION ON OCTOBER 11, 2007;** |
| CONOCOPHILLIPS COMPANY, a Delaware corporation, HARLAN GRAFF, an individual, LUTHER NOLAN, an individual, TOM MILLER, an individual, and DOES 1-10, | [PROPOSED] ORDER |
| Defendants. | |

STIPULATION FOR EXTENSION OF TIME TO CONDUCT THE MEDIATION ON OCTOBER 16, 2007 [PROPOSED] ORDER

*Booker v. Conoco Phillips, et al.;* Civil Action No. C07-0384 CW                                                   1

1  The parties hereby respectfully request that the Court allow the parties to conduct the
2  mediation in the above matter on October 11, 2007. The parties and court-appointed mediator
3  Jamie L. Dupree are all available that day.
4  Defense counsel had unexpected medical issues which caused the postponement of the
5  September 19, 2007 mediation. The current mediation deadline is September 30, 2007.

DATED: September 27, 2007        LAW OFFICES OF WAUKEEN Q. McCOY

                                 By: /s/ Aldon L. Bolanos
                                 Aldon L. Bolanos
                                 Attorneys for Plaintiff
                                 Robert Booker

DATED: September 17, 2007        FISHER & PHILLIPS LLP

                                 By: /s/ Stacey A. Zartler
                                 Stacey A. Zartler
                                 Attorneys for Defendants
                                 ConocoPhillips Company, Harlan Graff,
                                 Luther Nolan, and Tom Miller

                                 ORDER

It is so ordered.

DATED: 10/2/07                   /s/ Claudia Wilken
                                 Honorable Claudia Wilken
                                 Judge of the Superior Court

STIPULATION FOR EXTENSION OF TIME TO CONDUCT THE MEDIATION ON OCTOBER 16, 2007 [PROPOSED] ORDER
Booker v. Conoco Phillips, et al.; Civil Action No. C07-0384 CW                    2