WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
THE LAW OFFICES OF WAUKEEN Q. McCOY
703 MARKET STREET, SUITE 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorneys for Plaintiff
ROBERT BOOKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOOKER, individual, <br><br> Plaintiff, <br><br> v. <br><br> CONOCOPHILLIPS COMPANY, a Delaware corporation, HARLAN GRAFF, an individual, LUTHER NOLAN, an individual, TOM MILLER, an individual, and DOES 1-10, <br><br> Defendants. | Case Action No. C 07-0384 CW <br><br> **STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The parties, through their respective counsel of record herein, in order to accommodate the trial schedule of counsel for Plaintiff, hereby stipulate to continuing the date of the hearing on Defendant's Motion for Summary Judgment, currently set for April 3, 2008 to May 1, 2008 at 2:00 p.m.

Date: 03/27/08

LAW OFFICE OF WAUKEEN McCOY

by _____ Don W. Patton
for Waukeen McCoy

Attorneys for Plaintiff

1

FISHER & PHILIPS LLP

Date: March 27, 2008

*Christina Kotowski*

Christina Kotowski

Attorneys for Defendants

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED:

The hearing on Defendant's Motion for Summary Judgment is hereby continued to May 1, 2008 at 2:00 p.m.

SO ORDERED, this 28th day of March, 2008,

*Claudia Wilken*

HON. CLAUDIA WILKEN
JUDGE, DISTRICT COURT