1  Waukeen Q. McCoy (State Bar No. 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  The Central Tower
   703 Market Street, Suite 1407
3  San Francisco, CA 94103
   Telephone: (415) 675-7705
4  Facsimile: (415) 675-2530

5  Attorney for Plaintiff Robert Booker

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  ROBERT BOOKER, an individual, | Civil Action No. C 07-0384 CW |
| 11              Plaintiff, | |
| 12       v. | **NOTICE OF DISMISSAL** |
| 13  CONOCOPHILLIPS COMPANY, a | **WITH PREJUDICE AND** |
|     Delaware corporation, HARLAN GRAFF, an | **[PROPOSED] ORDER** |
| 14  individual, LUTHER NOLAN, an individual, | |
| 15  TOM MILLER, an individual, and DOES 1-10, | |
| 16              Defendants. | |

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

NOTICE IS HEREBY GIVEN that, pursuant to stipulation and agreement between and among the parties to this action, Plaintiff wishes to dismiss the above-captioned action with prejudice as to all parties and all causes of action, and Plaintiff respectfully requests that the Court enter an Order dismissing the entirety of the above-captioned action as to all parties with prejudice.

LAW OFFICES OF WAUKEEN Q. McCOY

_____

Waukeen Q. McCoy
Attorneys for Plaintiff
Robert Booker II

Dated: 4/30/08

[Proposed] ORDER

IT IS SO ORDERED. The above-captioned action is dismissed with prejudice as to all causes of action and all parties.

5/1/08

Dated: _____

_____

UNITED STATES DISTRICT JUDGE